# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.                     Case No. 21-CR-65

**WIL CASEY FLOYD,**

        Defendant.

## ORDER OF DETENTION PENDING REVOCATION HEARING

On March 9, 2023, the Court conducted an initial appearance of the defendant, WIL CASEY FLOYD, upon his arrest on a warrant for violating the conditions of his supervised release. The government is seeking detention. The defendant does not contest detention at this time with the right to revisit at the upcoming preliminary hearing.

As stated on the record during his initial appearance, the defendant failed to show by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or to the community. *See* 18 U.S.C. § 3143(a)(1); Fed R. Crim. P. 32.1(a)(6). Accordingly, the Court will order that the defendant be detained pending the preliminary hearing and/or his revocation hearing .

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the defendant, WIL CASEY FLOYD, is committed to the custody of the United States Marshals Service pending further proceedings before United States District Judge J P Stadtmueller.

Dated March 10, 2023 at Milwaukee, Wisconsin.

                                           **BY THE COURT:**

                                           _____
                                           STEPHEN C. DRIES
                                           United States Magistrate Judge